CLOSED,MFE

# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:26−cv−26217−BB
## *Internal Use Only*

RIA R Squared, Inc. v. Shinhan Securities Co., Ltd
Assigned to: Judge Beth Bloom
Case in other court: New York Southern, 1:26−cv−06748
Cause: 28:1452 Removal of Claim in Civil Action Related to BK. Case

Date Filed: 09/10/2026
Date Terminated: 09/15/2026
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**RIA R SQUARED, INC.**

V.

**Defendant**

**Shinhan Securities Co., Ltd**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2026 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 659538/2024. (Filing Fee $ 405.00, Receipt Number ANYSDC−33256140).Document filed by RIA R SQUARED, INC.. (Attachments: # 1 Exhibit Petition 7−15−26).(Bauchner, Joshua) (Entered: 08/07/2026) |
| 08/10/2026 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Denise L. Cote. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 08/10/2026) |
| 08/10/2026 | | Magistrate Judge Barbara C. Moses is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c), Fed. R. Civ. P. 73(b)(1), and Local Civil Rule 73.1, parties are notified that they may, with the approval of the assigned District Judge, consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 08/10/2026) |
| 08/10/2026 | | Case Designated ECF. (pc) (Entered: 08/10/2026) |
| 08/10/2026 | | *****NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Joshua Scott Bauchner. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (pc)** (Entered: 08/10/2026) |
| 08/10/2026 | | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Joshua Scott Bauchner. The party information for the following party/parties has been modified: RIA R SQUARED, INC., SHINHAN SECURITIES CO., LTD.. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps; DO NOT ENTER ALL PARTY NAMES IN ALL CAPS. (pc)** (Entered: 08/10/2026) |
| 08/10/2026 | 2 | CIVIL COVER SHEET filed..(Bauchner, Joshua) (Entered: 08/10/2026) |
| 08/11/2026 | 3 | MOTION to Transfer Case . Document filed by RIA R Squared, Inc.. (Attachments: # 1 Proposed Order Proposed Order).(Bauchner, Joshua) (Entered: 08/11/2026) |

| | | |
|---|---|---|
| 08/11/2026 | 4 | MEMORANDUM OF LAW in Support re: 3 MOTION to Transfer Case . . Document filed by RIA R Squared, Inc...(Bauchner, Joshua) (Entered: 08/11/2026) |
| 08/13/2026 | 5 | ORDER: Accordingly, it is hereby ORDERED that plaintiff shall promptly serve the defendant with the notice of removal, the motion papers, and this Order and file proof of service on the docket. IT IS FURTHER ORDERED that the defendant's opposition, if any, to the motion to transfer venue is due two (2) weeks after service is executed. (Signed by Judge Denise L. Cote on 8/13/2026) (vfr) (Entered: 08/13/2026) |
| 08/18/2026 | 6 | AFFIDAVIT OF SERVICE of Notice of Removal, Plaintiff's Motion Papers and Court's August 13, 2026 Order served on Shinhan Securities Co., Ltd. on 08/13/2026. Service was made by MAIL. Document filed by RIA R Squared, Inc.. (Attachments: # 1 Exhibit Proof of Service).(Bauchner, Joshua) (Entered: 08/18/2026) |
| 08/21/2026 | 7 | NOTICE OF APPEARANCE by Laura Garr on behalf of Shinhan Securities Co., Ltd..(Garr, Laura) (Entered: 08/21/2026) |
| 08/21/2026 | 8 | NOTICE OF APPEARANCE by Andrew Toby Zatz on behalf of Shinhan Securities Co., Ltd..(Zatz, Andrew) (Entered: 08/21/2026) |
| 08/21/2026 | 9 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Shinhan Financial Group Co., Ltd. for Shinhan Securities Co., Ltd. Document filed by Shinhan Securities Co., Ltd..(Garr, Laura) (Entered: 08/21/2026) |
| 08/21/2026 | 10 | RESPONSE re: 1 Notice of Removal / *Shinhan Securities Co., Ltd.'s Statement Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3)*. Document filed by Shinhan Securities Co., Ltd..(Garr, Laura) (Entered: 08/21/2026) |
| 08/27/2026 | 11 | RESPONSE to Motion re: 3 MOTION to Transfer Case . / *Defendant's Response to Plaintiff's Motion to Transfer Venue*. Document filed by Shinhan Securities Co., Ltd..(Garr, Laura) (Entered: 08/27/2026) |
| 08/28/2026 | 12 | ORDER GRANTING MOTION TO TRANSFER VENUE granting 3 Motion to Transfer Case. Upon consideration of Plaintiff RIA R Squared, Inc.'s Motion to Transfer Venue, the supporting memorandum, the Notice of Removal and the record, and for good cause shown, it is hereby ORDERED that: 1. The Motion is GRANTED pursuant to 28 U.S.C. § 1412 to the extent applicable and independently pursuant to 28 U.S.C. § 1404(a). 2. The Clerk of Court shall transfer this action to the United States District Court for the Southern District of Florida, Miami Division, in accordance with this Court's Local Civil Rules and ordina1y inter district transfer procedures. 3. Nothing in this Order determines whether any claim is core or non core, whether the bankruptcy court may enter final judgment on any claim, whether any party has or has waived a jury trial right, or whether any claims should be consolidated, coordinated, stayed, or separately tried after transfer. 4. After transfer, the proceeding shall be subject to the Southern District of Florida's Administrative Order 2024−84 and any further order of the transferee court or the United States Bankruptcy Court for the Southern District of Florida, including any application concerning coordination with RIA R Squared, Inc. v. Shinhan Securities Co., Ltd., Adv. Pro. No. 26 01268 CLC. 5. The Clerk shall close this case on this Court's docket upon completion of the transfer. SO ORDERED. (Signed by Judge Denise L. Cote on 8/27/2026) (mml) Transmission to Office of the Clerk of Court for processing. (Entered: 08/28/2026) |
| 08/28/2026 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − Southern District of Florida. (mml) (Entered: 09/09/2026) |
| 09/08/2026 | 13 | MOTION to Remand to State Court . Document filed by Shinhan Securities Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49).(Garr, Laura) (Entered: 09/08/2026) |

| | | |
|---|---|---|
| 09/10/2026 | 14 | Case transferred in from New York Southern; Case Number 1:26−cv−06748. Electronic file including transfer order and docket sheet received. .(jua). (Entered: 09/10/2026) |
| 09/10/2026 | 15 | Clerks Notice of Judge Assignment to Judge Beth Bloom.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Marty Fulgueira Elfenbein is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON−PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON−PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (jua) (Entered: 09/10/2026) |
| 09/10/2026 | | (Court only) ***Clerk's Notice to Attorney Admissions: Plaintiff(s) Attorney(s) Joshua Scott Bauchner − Defendant(s) Attorney(s) Laura Garr; Andrew Toby Zatz − is/are not being added to the case for the following reason(s): Non−Member; PHV; Re 14 Case Transferred In − District Transfer (NEF sent to Attorney Admissions (ATTYADM)) (jua) (Entered: 09/10/2026) |
| 09/10/2026 | 16 | Bar Letter re: Admissions sent to attorney Joshua Scott Bauchner, Laura Garr, and Andrew Toby Zatz, mailing date September 10, 2026, (noa1) (Entered: 09/10/2026) |
| 09/15/2026 | 17 | ORDER OF REFERENCE Closing Case. Signed by Judge Beth Bloom on 9/15/2026. *See attached document for full details.* (ksr) (Entered: 09/15/2026) |