**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RIA R SQUARED, INC.,** **Case No. 26-cv-6748**

**Plaintiff,**

**v.**

**SHINHAN SECURITIES CO., LTD.,**

**Defendant.**

______________________________________/

## NOTICE OF MOTION TO TRANSFER VENUE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Notice of Removal and the record in this action, RIA R Squared, Inc. ("**RIA**" or the "**Debtor**"), as debtor and debtor in possession in *In re RIA R Squared, Inc.*, Case No. 26-19251-CLC (Bankr. S.D. Fla.) (the "**Chapter 11 Case**"), will move this Court for an Order pursuant to 28 U.S.C. § 1412 or, in the alternative and independently, 28 U.S.C. § 1404(a), transferring this action to the United States District Court for the Southern District of Florida, Miami Division.

Transfer will place this removed bankruptcy related adversary proceeding in the district administering RIA's Chapter 11 case, where it will be subject to the Southern District of Florida's standing Order of Reference, Administrative Order 2024 84, and may be coordinated, as appropriate, with *RIA R Squared, Inc. v. Shinhan Securities Co., Ltd.*, Adv. Pro. No. 26-01268-CLC (Bankr. S.D. Fla.) (the "**Florida Adversary Proceeding**"). The Florida adversary proceeding concerns the ownership, validity, priority, perfection, and extent of Shinhan's asserted interests in assets RIA identifies as property of the bankruptcy estate, while Shinhan's counterclaims in this action assert rights of possession and recovery concerning alleged collateral under the same securities lending agreements. RIA therefore seeks transfer so that those overlapping disputes can

be administered in a single bankruptcy forum and the risk of duplicative proceedings and inconsistent rulings can be minimized.

RIA requests such other and further relief as the Court deems just and proper.

Dated: August 11, 2026

**MANDELBAUM BARRETT PC**
*Counsel for Ria R. Squared Inc.*
570 Lexington Avenue, 21st Floor
New York, NY 10022
Telephone: (646) 369-0250
Email: jbauchner@mblawfirm.com

_________________________________.
Joshua S. Bauchner, Esq.
(NY Bar No. 4016168)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RIA R SQUARED, INC.,** **Case No. 26-cv-6748**

**Plaintiff,**

**v.**

**SHINHAN SECURITIES CO., LTD.,**

**Defendant.**

______________________________________/

**[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE**

Upon consideration of Plaintiff RIA R Squared, Inc.'s *Motion to Transfer Venue*, the supporting memorandum, the Notice of Removal and the record, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** pursuant to 28 U.S.C. § 1412 to the extent applicable and independently pursuant to 28 U.S.C. § 1404(a).

2. The Clerk of Court shall transfer this action to the United States District Court for the Southern District of Florida, Miami Division, in accordance with this Court's Local Civil Rules and ordinary inter district transfer procedures.

3. Nothing in this Order determines whether any claim is core or non core, whether the bankruptcy court may enter final judgment on any claim, whether any party has or has waived a jury trial right, or whether any claims should be consolidated, coordinated, stayed, or separately tried after transfer.

4. After transfer, the proceeding shall be subject to the *Southern District of Florida's Administrative Order 2024-84* and any further order of the transferee court or the United States Bankruptcy Court for the Southern District of Florida, including any application concerning

coordination with *RIA R Squared, Inc. v. Shinhan Securities Co., Ltd.*, Adv. Pro. No. 26 01268 CLC.

5. The Clerk shall close this case on this Court's docket upon completion of the transfer.

**SO ORDERED.**

Dated: ____________________, 2026
New York, New York

______________________________
UNITED STATES DISTRICT JUDGE