UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIA R SQUARED, INC.,<br>Plaintiff,<br>v.<br>SHINHAN SECURITIES CO., LTD.,<br>Defendant. | Civil Action No. 26-cv-6748<br><br>**AFFIDAVIT OF SERVICE** |

I, Heather Neumann, declare under penalty of perjury that I am over the age of 18 years and am not a party to this action.

On August 13, 2026, I served a true and correct copy of the following document(s):

- Notice of Removal,s filed August 7, 2026;
- Plaintiff's motion papers concerning transfer of the action to the United States District Court for the Southern District of Florida; and
- The Court's August 13, 2026 Order.

upon:

Laura Garr, Esq.
Jhanile Smith, Esq.
Hannelore Sklar, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Counsel for Defendant Shinhan Securities Co., Ltd.

by email at:

lgarr@whitecase.com trudy.smith@whitecase.com and hannelore.sklar@whitecase.com.

A copy of the email and the reply confirmation is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 18, 2026
New York

Heather Neumann
MANDELBAUM BARRETT PC
570 Lexington Ave, 21st FL
New York, New York 10022
Telephone (973) 327-6612
hneumann@mblawfirm.com

Sworn and subscribed to before me this 18th day of August, 2026

Jed M. Weiss, Esq.

JED WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WE0022723
Qualified in New York County
My Commission Expires 03-25-2028

# EXHIBIT A

**Heather Neumann**

| | |
|---|---|
| **From:** | Heather Neumann |
| **Sent:** | Thursday, August 13, 2026 4:08 PM |
| **To:** | lgarr@whitecase.com; trudy.smith@whitecase.com; hannelore.sklar@whitecase.com |
| **Cc:** | Joshua S. Bauchner; Christopher T. Zona; mco@whitecase.com; alejandra.palomo@whitecase.com |
| **Subject:** | RIA R Squared, Inc. v. Shinhan Securities Co., LTD - Case 1:26-cv-06748-DLC |
| **Attachments:** | Notice of Removal and Supporting Docs.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Counsel:

I am writing regarding the above-referenced matter and the August 13, 2026 Order entered by the Honorable Denise Cote in the United States District Court for the Southern District of New York, Case No. 1:26-cv-06748-DLC.

Pursuant to the Court's Order, please find one PDF containing the following documents for service on Shinhan Securities Co., Ltd.:

1. Notice of Removal filed August 7, 2026;

2. Plaintiff's motion papers concerning transfer of the action to the United States District Court for the Southern District of Florida; and

3. The Court's August 13, 2026 Order.

Please confirm receipt of this email and the attached documents.

This service is being made pursuant to the Court's August 13, 2026 Order. The Order further provides that Shinhan's opposition, if any, to the motion to transfer venue is due two (2) weeks after service is effectuated.

Regards,
Heather

**Heather Neumann | Legal Assistant**
(973) 327-6612
hneumann@mblawfirm.com

**Mandelbaum Barrett PC**
570 Lexington Avenue, 21st Floor
New York, NY 10022
www.mblawfirm.com

*This email and any attachments are intended solely for the recipient to whom it is addressed. It may also be an attorney-client communication, and as such is privileged and confidential. Any unauthorized review, use, disclosure or copying of this*

*message is strictly prohibited. If you are not the intended recipient or have received this email in error, delete it immediately and notify the sender.*