**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIA R SQUARED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHINHAN SECURITIES CO., LTD.,<br><br>Defendant. | Case No. 26-cv-06748-DLC |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Shinhan Securities Co., Ltd. in the above-captioned action and requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney at the office address listed below.

Dated: August 21, 2026
New York, New York

By: */s/ Andrew Zatz*

**WHITE & CASE LLP**
Andrew Zatz
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-819-8200
Facsimile: 212-354-8113
Email: azatz@whitecase.com

*Counsel for Defendant Shinhan Securities Co., Ltd.*