**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIA R SQUARED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHINHAN SECURITIES CO., LTD.,<br><br>Defendant. | Case No. 26-cv-06748-DLC |

## RULE 7.1 DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Shinhan Securities Co., Ltd., by and through its undersigned counsel, hereby submits the following corporate disclosure statements:

SHINHAN SECURITIES CO., LTD. is wholly owned directly by Shinhan Financial Group Co., Ltd. Shinhan Financial Group Co., Ltd. is a publicly traded corporation, whose American depositary shares are listed on the New York Stock Exchange. No person or entity owns 10% or more of the outstanding common stock of Shinhan Financial Group Co., Ltd.

Dated: August 21, 2026
New York, New York

By: *<u>/s/ Laura Garr</u>*

**WHITE & CASE LLP**
Laura Garr
Andrew Zatz
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-819-8200
Facsimile: 212-354-8113
Email: laura.garr@whitecase.com
azatz@whitecase.com

*Counsel for Shinhan Securities Co., Ltd.*