**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIA R SQUARED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHINHAN SECURITIES CO., LTD.,<br><br>Defendant. | Case No. 26-cv-06748-DLC |

**SHINHAN SECURITIES CO., LTD.'S STATEMENT**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(E)(3)**

PLEASE TAKE NOTICE that, pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure, Shinhan Securities Co., Ltd. ("**Shinhan**") denies Plaintiff RIA R Squared, Inc.'s allegations in the Notice of Removal that this Court has jurisdiction under 28 U.S.C. § 1334(b); and

PLEASE TAKE FURTHER NOTICE that Shinhan does not consent to the entry of final orders or judgment by the bankruptcy judge; and

PLEASE TAKE FURTHER NOTICE that Shinhan reserves all rights and remedies with respect to the Notice of Removal, including without limitation, the other allegations contained therein.

*[Remainder of this page intentionally left blank]*

Dated: August 21, 2026
New York, New York

By: */s/ Laura Garr*

**WHITE & CASE LLP**
Laura Garr
Andrew Zatz
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-819-8200
Facsimile: 212-354-8113
Email: laura.garr@whitecase.com
azatz@whitecase.com

*Counsel for Shinhan Securities Co., Ltd.*