**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-26217-BLOOM**

RIA R SQUARED, INC.,

Plaintiff,

v.

SHINHAN SECURITIES CO., LTD.,

Defendant.
_______________________________/

**ORDER OF REFERENCE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On August 7, 2026, Plaintiff RIA R Squared, Inc. ("RIA"), filed a Notice of Removal Pursuant to 28 U.S.C. § 1452(A) and Fed. R. Bankr. P. 9027 in the U.S. District Court for the Southern District of New York. ECF No. [1]. On July 15, 2026, RIA filed a voluntary petition for relief under Chapter 11 in the U.S. Bankruptcy Court for the Southern District of Florida, in a case entitled *In re RIA R Squared, Inc.*, Case No. 26-19251-CLC. *Id.* at 1. The Notice of Removal states the U.S. District Court for the Southern District of New York has original jurisdiction of the instant action under 28 U.S.C. § 1334(b) because the action is at least "related to" the Chapter 11 case pending in this District. *Id.* at 2. RIA then filed a Motion to Transfer Venue seeking transfer of the instant case to the Southern District of Florida to permit the removed bankruptcy-related adversary proceeding to be administered in a single bankruptcy forum, avoiding duplicative proceedings and the risk of inconsistent rulings. *See* ECF No. [12]. The Motion to Transfer Venue was granted, and on September 10, 2026, the case was transferred to this Court. ECF Nos. [14], [15]. The Order Granting Motion to Transfer Venue ("Transfer Order") identifies a related adversary proceeding

entitled *RIA R Squared, Inc. v. Shinhan Securities Co., Ltd.*, Adv. Pro. No. 26-01268-CLC pending before the U.S. Bankruptcy Court for the Southern District of Florida. ECF No. [12]. The Transfer Order states that the proceeding shall be subject to the Southern District of Florida's Administrative Order 2024-84 and any further order of the transferee court or the United States Bankruptcy Court for the Southern District of Florida. ECF No. [12].

As authorized by 28 U.S.C. § 157(a), the District Court for the Southern District of Florida entered Administrative Order 2024-84, Order of Reference on November 1, 2024. Pursuant to that Order, "any and all cases under Title 11 and any and all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the Bankruptcy Judges of this District." Based on the Transfer Order and RIA's representations in its Notice of Removal and Motion to Transfer Venue, the Court concludes it is appropriate to refer this action to the Bankruptcy Judge of this District for further proceedings.[1]

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court shall refer Case No. **26-cv-26217-BLOOM**, to the United States Bankruptcy Court for the Southern District of Florida.
2. The Clerk of the Court is instructed to **CLOSE** this case.

---

[1] On September 8, 2026, Defendant Shinhan Securities Co., Ltd. ("Shinhan"), filed a Motion for Remand, contesting federal jurisdiction and seeking an order remanding this case to the Supreme Court of the State of New York. ECF No. [13]. Although Shinhan contests federal jurisdiction and seeks remand, the Bankruptcy Court is the proper venue to consider that Motion and any further proceedings in this case. Pursuant to Administrative Order 2012-25, Order of Reference on March 27, 2012 and the District Court's Local Rule 87.2(a), all bankruptcy matters are automatically referred to the Bankruptcy Court. That Rule also specifically provides that "[t]he Order of Reference also applies to notices of removal pursuant to 28 U.S.C. § 1452(a), which shall be filed with the Clerk of the Bankruptcy Court for the Division of the District where such civil action is pending." S.D. Fla. L. R. 87.2(a).

**DONE AND ORDERED** in Chambers at Miami, Florida on September 15, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record